Charles A. Menges, Jr., Respondent, v. Edwards Motor Car Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

Annie Mulvihill, Respondent, v. The Nassau Electric Railroad Company, Appellant.—Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. Charles C. Schultz, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

Lizzie Reddick, Respondent, v. New Jersey and New York Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Giuseppe Rosso, Respondent, v. Manhattan and Queens Traction Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Anna Schott, as Administratrix, etc., of John Schott, Deceased, Respondent, v. The United States Printing Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr and Rich, JJ., concurred; Thomas and Putnam, JJ., voted for reversal.